■ JOSEPH D. CASTALDO et al., Appellants, v LLOYD D. HARRINGTON, Doing Business as HARR-WOOD NURSING HOME, Re-

spondent. (Appeal No. 2.) [639 NYS2d 762] 

 Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.